UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 15 AM 8 46
CLERK'S OFFICE

ANTILLES CEMENT CORPORATION,
v.
M/V ELENI, in rem, et al.

CASE NUMBER: 98-1166 (DRD)

## ORDER

| MOTION | RULING |
|---|---|
| Date filed: August 31, 1999   Docket #27<br><br>[X] Plff   [X] Deft<br>[ ] Other<br><br>Title: STIPULATION OF SETTLEMENT, MOTION REQUESTING ENTRY OF JUDGMENT BY CONSENT AND NOTICE OF SATISFACTION OF SETTLEMENT | APPROVED. Pursuant to the motion and FED. R. CIV. P. 41(a)(1)(ii) the court hereby DISMISSES all claims by Plaintiff against Defendants WITH PREJUDICE and shall enter judgment in favor of Plaintiff a final and unappealable judgment in the amount of one hundred forty thousand dollars ($140,000.00) without the imposition of costs, expenses or attorneys' fees.<br>Also, the Clerk of Court shall return to the attorneys for Marisk Shipping Limited the Bond #20-000-571 dated February 26, 1998.<br>IT IS SO ORDERED. |

Date: September 14, 1999

*[signature]*
DANIEL R. DOMINGUEZ
U.S. District Judge

## JUDGMENT

| MOTION | RULING |
|---|---|
| Date filed: August 31, 1999   Docket #27<br><br>[X] Plff   [X] Deft<br>[ ] Other<br><br>Title: STIPULATION OF SETTLEMENT, MOTION REQUESTING ENTRY OF JUDGMENT BY CONSENT AND NOTICE OF SATISFACTION OF SETTLEMENT | In accordance with the Order of this same date, the Court hereby enters judgment DISMISSING this action against Defendants WITH PREJUDICE and hereby enters judgment in favor of Plaintiff a final and unappealable judgment in the amount of one hundred forty thousand dollars ($140,000.00) without the imposition of costs, expenses or attorneys' fees. The Clerk of Court shall return to the attorneys for Marisk Shipping Limited the Bond #20-000-571 dated February 26, 1998.<br>IT IS SO ADJUDGED AND DECREED. |

Date: September 14, 1999

*[signature]*
DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PEACHORD ERS\98-1166 DIS

Rec'd:        EOD:

By: /s/        # 28

3