UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTILLES CEMENT CORP., *

    Plaintiff(s) * Civil No.98-1166(DRD)

    v. *

M/V ELENI, IN REM, her engines, *
machinery, tackle, etc., *

    Defendant(s) *

------------------------------------------------

RECEIVED AND FILED
99 OCT -5 AM 8:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Docket entry no. 29 | ☒ GRANTED. |
| Date: Sept. 21, 1999. | ☐ DENIED. |
| Title: Motion Requesting Refund of Security Cost Bond. | ☐ MOOT. |
| | ☐ NOTED. |

The Clerk of court is directed to refund the sum of $250.00 posted as security for cost to Antilles Cement Corporation.

Date: October 2, 1999.

                              DANIEL R. DOMINGUEZ
                              U.S. DISTRICT JUDGE